UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 22-094 RSL |
| Plaintiff, | ) |
| v. | ) DETENTION ORDER |
| STEVEN THOMAS CHISEFSKI, | ) |
| Defendant. | ) |

<u>Offenses charged in Indictment:</u>

<u>Two counts of Wire Fraud, in applying for benefits under Government Programs</u>

<u>Date of Detention Hearing:</u>   July 18, 2022

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure that he will make his future court appearances as required.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

(1) Defendant and his counsel stipulated to the entry of a Detention Order. The Pretrial Services Officer recommended detention.

(2) Defendant has an extensive record of convictions in state courts, and many failures to appear and warrants in those cases. On the present record, no conditions of release have been proposed which would reasonably assure defendant's future court appearances.

(3) Defendant suffers from substance abuse problems, but it is not presently clear how extensive those problems are. Defense counsel reserved the right to move to reopen the detention hearing once he obtains more information as to these problems, and other relevant matters.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3, On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER
PAGE -2

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of July, 2022.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3