THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>STEVEN THOMAS CHISEFSKI,<br><br>   Defendant. | No. CR22-094-RSL<br><br>ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING |

THE COURT has considered the motion of the defendant to continue the sentencing hearing, the responsive pleadings of the parties, and the records and files in this case.

It is now ORDERED that the motion is GRANTED. Mr. Chisefski's sentencing hearing is rescheduled from October 19, 2023, to March 14, 2024 at 11:00 a.m.

DONE this 6th day of October, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Steven Thomas Chisefski

ORDER TO CONTINUE
SENTENICNG HEARING
(*USA* v. *Chisefski* / CR22-098-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100